FORM 1

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

James Lattanzio AT EL

v.   CIVIL CASE NO. 3:02CV1444 (AWT)

Connecticut Dept. of Labor ET AL

*FILED 2003 OCT 30 P 2:03 US DISTRICT COURT HARTFORD*

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), <u>James Lattanzio</u> hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following
Judgment or Order (attach the Judgment or Order):

Judgment attatched

2. The Judgment /Order in this action was entered on <u>Oct 07, 2003</u>.
(date)

*[Signature: James Lattanzio]*
Signature

James Lattanzio
Print Name

1025 Silas Deane Hwy

Wethersfield, CT 06109
Address

Date: Oct 29, 2003

860-721-1094
Telephone Number

**Note:** You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES LATTANZIO, and
GALEN INSTITUTE, LLC

v.   CASE NO. 3:02CV1444 (AWT)

CONNECTICUT DEPARTMENT OF
LABOR, SHAUN CASHMAN, GARY K.
PECHIE, RONALD J. MARQUIS, and
REGINA CAVAGNARO

## JUDGMENT

This action having come on for consideration of the defendants' motion to dismiss, before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the full record of the case including applicable principles of law, and having filed a ruling on motion to dismiss, granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Connecticut Department of Labor, Shaun Cashman, Gary K. Pechie, Ronald J. Marquis, and Regina Cavagnaro.

Dated at Hartford, Connecticut, this 7th day of October, 2003.

KEVIN F. ROWE, Clerk

By *Sandra Smith*
Sandra Smith
Deputy Clerk

EOD 10/7/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES LATTANZIO and<br>GALEN INSTITUTE, LLC<br><br>v.<br><br>CONNECTICUT DEPARTMENT OF<br>LABOR "CTDOL", SHAUN CASHMAN,<br>COMMISSIONER "CTDOL",<br>GARY PECHIE, DIRECTOR "CTDOL";<br>RONALD MARQUIS, ASSISTANT<br>DIRECTOR "CTDOL" REGINA<br>CAVAGNARO, AGENT 'CTDOL' | : CIVIL ACTION NO.<br>: 302CV1444 (AWT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: SEPTEMBER 13, 2002 |

### DEFENDANTS' MOTION TO DISMISS

Defendants move to dismiss this action pursuant to FRCP 12(b)(i) and 12(b)(6). The court lacks subject matter jurisdiction over plaintiff's § 1983 claim to monetary relief and to his state law claim. The complaint fails to state a claim upon which relief can be granted in any respect under § 1983 including prospective injunctive relief.

DENIED, as moot.
It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT  9/29/03

DEFENDANTS,
CONNECTICUT DEPARTMENT
OF LABOR, ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Thomas P. Clifford, III
Assistant Attorney General

1