

SDSD District Version 1.3 - Docket Report

OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND / https://ecf.ctd.circ2.dcn/cgi-bin/DktRpt.pl?109246453337767-L_795_0
VOLUMES OF ORIGINAL RECORD.

Index DATE: 4/20/04 DH _____ PROSE, CLOSED, APPEAL

Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

UNITED STATES COURT OF APPEALS
FILED
APR 1 2004
Roseann B. MacKechnie, Clerk
SECOND CIRCUIT

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:02-cv-01444-AWT
Internal Use Only

Lattanzio, et al v. Labor, et al
Assigned to: Alvin W. Thompson
Referred to:
Demand: $4800000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Civil Rights Act

Date Filed: 08/19/02
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

-------------------------

**James Lattanzio**, *Ind*

represented by   **James Lattanzio**
Galen Institute
1025 Silas Deane Highway
Wethersfield, CT 06109
PRO SE

**Galen Inst LLC**, *Acting by James Lattanzio, Sole Mem*

I hereby certify that the foregoing
is a true copy of the
on file.

3/30/04

PBusli

V.

**Defendant**

-------------------------

**Dept of Labor**

represented by   **Thadd A. Gnocchi**
Attorney General's Office
55 Elm St., Po Box 120
Hartford, CT 06141-120
860-808-5050
Fax : 860-808-5388
Email: thadd.gnocchi@po.state.ct.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaun Cashman**, *Comm, CT DOL, I/O*

represented by   **Thadd A. Gnocchi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

SDSD District Version 1.3 - Docket Report

| | | |
|---|---|---|
| **Gary K. Pechie**, *Dir, Wage & Workplace Standards Div, DOL, I/O* | represented by | **Thadd A. Gnocchi** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **Ronald J. Marquis**, *Asst Dir, Wage & Workplace Standards Div, DOL, I/O* | represented by | **Thadd A. Gnocchi** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **Regina Cavagnaro**, *Wage Enforcement Agent, DOL, I/O* | represented by | **Thadd A. Gnocchi** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Notice**
----------------------

**usca**                           represented by    **US Court of Appeals**
Office of the Clerk
US Courthouse
Foley Square
New York, NY 10007
212-857-8500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 08/19/2002 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # H007085, H007086 (Ferguson, L.) (Entered: 08/20/2002) |
| 08/19/2002 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 2/18/03 ; Dispositive Motions due 3/20/03 Amended Pleadings due 10/19/02 Motions to Dismiss due 11/19/02 (Ferguson, L.) (Entered: 08/20/2002) |
| 08/19/2002 | | SUMMONS(ES) issued for Dept of Labor, Shaun Cashman, Gary K. Pechie, Ronald J. Marquis, Regina Cavagnaro (Ferguson, L.) (Entered: 08/21/2002) |
| 08/26/2002 | 3 | SUMMONS Returned Executed on 8/20/02 as to Ronald J. Marquis, Regina Cavagnaro individually (Blue, A.) (Entered: 08/27/2002) |
| 08/26/2002 | 4 | SUMMONS Returned Executed on 8/22/02 as to Dept of Labor, Shaun Cashman, Gary K. Pechie individually (Blue, A.) (Entered: 08/27/2002) |

https://ecf.ctd.circ2.dcn/cgi-bin/DktRpt.pl?109246453337767-L_795_0

SDSD District Version 1.3 - Docket Report

| 09/09/2002 | 5 | APPEARANCE of Attorney for Dept of Labor, Shaun Cashman, Gary K. Pechie, Ronald J. Marquis, Regina Cavagnaro -- Thadd A. Gnocchi (Gothers, M.) (Entered: 09/10/2002) |
|---|---|---|
| 09/09/2002 | 6 | MOTION by Dept of Labor, Shaun Cashman, Gary K. Pechie, Ronald J. Marquis, Regina Cavagnaro to Extend Time until 10/1/02 to respond to complaint (Gothers, M.) (Entered: 09/10/2002) |
| 09/09/2002 | 7 | MOTION by Dept of Labor, Shaun Cashman, Gary K. Pechie, Ronald J. Marquis, Regina Cavagnaro for Security for Costs (Gothers, M.) (Entered: 09/10/2002) |
| 09/09/2002 | 8 | ORDER [7-1] motion for Security for Costs ordered accordingly . Bond as security for costs in this action shall be filed by the Plaintiff(s) within 30 days of this date as requested by Dept of Labor, Shaun Cashman, Gary K. Pechie, Ronald J. Marquis, Regina Cavagnaro ( signed by Clerk ) (Gothers, M.) (Entered: 09/10/2002) |
| 09/10/2002 | | ENDORSEMENT granting [6-1] motion to Extend Time until 10/1/02 to respond to complaint ( signed by Judge Alvin W. Thompson ) (Gothers, M.) (Entered: 09/11/2002) |
| 09/16/2002 | 9 | MOTION by Dept of Labor, Shaun Cashman, Gary K. Pechie, Ronald J. Marquis, Regina Cavagnaro to Dismiss (Brief Due 10/7/02 ) (Gothers, M.) (Entered: 09/17/2002) |
| 09/16/2002 | 10 | MEMORANDUM by Dept of Labor, Shaun Cashman, Gary K. Pechie, Ronald J. Marquis, Regina Cavagnaro in support of [9-1] motion to Dismiss (Gothers, M.) (Entered: 09/17/2002) |
| 09/19/2002 | 11 | MOTION by Dept of Labor, Shaun Cashman, Gary K. Pechie, Ronald J. Marquis, Regina Cavagnaro to Dismiss (Brief Due 10/10/02 ) (Gothers, M.) (Entered: 09/19/2002) |
| 09/19/2002 | 12 | MEMORANDUM by Dept of Labor, Shaun Cashman, Gary K. Pechie, Ronald J. Marquis, Regina Cavagnaro in support of [11-1] motion to Dismiss (Gothers, M.) (Entered: 09/19/2002) |
| 10/07/2002 | 13 | MEMORANDUM by James Lattanzio, Galen Inst LLC in opposition to [9-1] motion to Dismiss by Regina Cavagnaro, Ronald J. Marquis, Gary K. Pechie, Shaun Cashman, Dept of Labor (Gothers, M.) (Entered: 10/08/2002) |
| 10/10/2002 | 14 | Cash BOND in the amount of $ 500.00 Receipt # H7537 by James Lattanzio, Galen Inst LLC (Sprong, R.) (Entered: 10/11/2002) |
| 10/16/2002 | 15 | REPLY by Dept of Labor, Shaun Cashman, Gary K. Pechie, Ronald J. |

| | | |
|---|---|---|
| | | Marquis, Regina Cavagnaro to response to [9-1] motion to Dismiss (Gothers, M.) (Entered: 10/16/2002) |
| 10/21/2002 | 16 | REPLY by James Lattanzio, Galen Inst LLC to response to [9-1] motion to Dismiss by Regina Cavagnaro, Ronald J. Marquis, Gary K. Pechie, Shaun Cashman, Dept of Labor (Gothers, M.) (Entered: 10/21/2002) |
| 01/02/2003 | 17 | MOTION by James Lattanzio, Galen Inst LLC to Extend Time for 20 days after court rules on Motion to Dismiss to make disclosures & to submit 26(f) report (Gothers, M.) (Entered: 01/02/2003) |
| 01/13/2003 | | ENDORSEMENT granting [17-1] motion to Extend Time for 20 days after court rules on Motion to Dismiss to make disclosures & to submit 26(f) report ( signed by Judge Alvin W. Thompson ) (Gothers, M.) (Entered: 01/13/2003) |
| 09/30/2003 | | ENDORSEMENT denying as moot [11-1] motion to Dismiss ( signed by Judge Alvin W. Thompson ) (Gothers, M.) (Entered: 09/30/2003) |
| 09/30/2003 | 18 | RULING granting [9-1] motion to Dismiss ( signed by Judge Alvin W. Thompson ) 8 Page(s) (Gothers, M.) (Entered: 09/30/2003) |
| 10/07/2003 | 19 | JUDGMENT for Shaun Cashman, Gary K. Pechie, Ronald J. Marquis, Regina Cavagnaro against James Lattanzio, Galen Inst LLC ( signed by Clerk ) (Gothers, M.) (Entered: 10/07/2003) |
| 10/07/2003 | | Case closed (Gothers, M.) (Entered: 10/07/2003) |
| 10/30/2003 | 20 | NOTICE OF APPEAL as to [19] Order on Motion for Judgment by James Lattanzio. Filing fee $ 105, receipt number H10856.Certified copy of docket and copy of NOA mailed to USCA. (Basile, F.) (Entered: 11/05/2003) |
| 11/05/2003 | | ***Party usca added. (Basile, F.) Modified on 11/5/2003 (Basile, F.). (Incorrect entry) (Entered: 11/05/2003) |
| 11/05/2003 | | ***Party usca rep by US Court of Appeals added. (Basile, F.) (Entered: 11/05/2003) |
| 03/29/2004 | | Request from USCA for Record on Appeal Made Via Mail by Deborah Holmes re 20 Notice of Appeal: (Basile, F.) (Entered: 03/29/2004) |
| 03/29/2004 | | Certified and Transmitted Record on Appeal via UPS to US Court of Appeals re 20 Notice of Appeal. (DOCUMENTS 1 thru 20 -1 BINDER) USCA Number: 03-9197-cv (Basile, F.) (Entered: |

03/29/2004)