FILED
2004 NOV 10 A 10: 16
U.S. DISTRICT COURT
HARTFORD. CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES LATTANZIO and<br>GALEN INSTITUTE, LLC<br>*Plaintiffs* | : | CIVIL ACTION NO.<br>302CV1444(AWT) |
| v. | : | |
| CONNECTICUT DEPARTMENT OF<br>LABOR "CTDOL", SHAUN CASHMAN,<br>COMMISSIONER "CTDOL",<br>GARY PECHIE, DIRECTOR "CTDOL",<br>RONALD MARQUIS, ASSISTANT<br>DIRECTOR "CTDOL" and REGINA<br>CAVAGNARO, AGENT "CTDOL"<br>*Defendants* | : | NOVEMBER 9, 2004 |

## MOTION FOR RELEASE OF DEPOSITED FUNDS

The defendant Connecticut Department of Labor pursuant to Local Rule 67(c) moves for the release of security for costs provided by plaintiff in the amount of $348.00. Defendant Connecticut Department of Labor represents the following:

1. This court on September 9, 2002 entered an order granting the defendants' motion for security for costs as requested by the defendants.

2. Plaintiff James Lattanzio on October 10, 2002 paid $500.00 cash bond to this court as security for costs.

3. This court on October 7, 2003 entered judgment in favor of the defendants dismissing plaintiffs' action.

4. The Second Circuit Court of Appeals upon plaintiff James Lattanzo's appeal to it on October 20, 3004 issued a mandate that affirmed this court's judgment and that was entered by this court on November 2, 2004.

5. The Second Circuit Court of Appeals on October 15, 2004 taxed costs in favor of the defendants in the amount of $348.00

WHEREFORE, the defendant Connecticut Department of Labor proposes and moves this court to enter an order that $348.00 of the $500.00 posted by plaintiff with this court be released to: Business Management Receivables, Connecticut Department of Labor, 200 Folly Brook Blvd., Wethersfield, Conn. 06109, taxpayer identification number 066000798.

>                              DEFENDANTS, CONNECTICUT
>                              DEPARTMENT OF LABOR, ET AL.
>                              RICHARD BLUMENTHAL
>                              ATTORNEY GENERAL
>
>                              WILLIAM J. McCULLOUGH
>                              Assistant Attorney General
>
> BY:    _____
>                              Thadd A. Gnocchi
>                              Assistant Attorney General
>                              Federal Bar No. 08374
>                              55 Elm Street, P.O. Box 120
>                              Hartford, CT  06141-0120
>                              Tel: (860) 808-5050
>                              Fax: (860) 808-5388

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class postage prepaid to on November 9, 2004:

James Lattanzio
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT 06109

Chambers of the Hon. Alvin W. Thompson
U.S. District Court
450 Main Street
Hartford, CT 06103

_____
Thadd A. Gnocchi
Assistant Attorney General

3