FILED 2004 NOV 10 A 10: 16
U.S. DISTRICT COURT
HARTFORD. CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES LATTANZIO and : CIVIL ACTION NO.
GALEN INSTITUTE, LLC : 302CV1444(AWT)
*Plaintiffs* :
:
v. :
:
CONNECTICUT DEPARTMENT OF :
LABOR "CTDOL", SHAUN CASHMAN, :
COMMISSIONER "CTDOL", :
GARY PECHIE, DIRECTOR "CTDOL", :
RONALD MARQUIS, ASSISTANT :
DIRECTOR "CTDOL" and REGINA :
CAVAGNARO, AGENT "CTDOL" :
*Defendants* : NOVEMBER 9, 2004

## MOTION FOR RELEASE OF DEPOSITED FUNDS

The defendant Connecticut Department of Labor pursuant to Local Rule 67(c) moves for the release of security for costs provided by plaintiff in the amount of $348.00. Defendant Connecticut Department of Labor represents the following:

1. This court on September 9, 2002 entered an order granting the defendants' motion for security for costs as requested by the defendants.

2. Plaintiff James Lattanzio on October 10, 2002 paid $500.00 cash bond to this court as security for costs.

3. This court on October 7, 2003 entered judgment in favor of the defendants dismissing plaintiffs' action.

4. The Second Circuit Court of Appeals upon plaintiff James Lattanzo's appeal to it on October 20, 3004 issued a mandate that affirmed this court's judgment and that was entered by this court on November 2, 2004.

---

GRANTED. The Clerk shall forward to the defendants $348 of the $500 cash bond as set forth at page 2 of this motion and return the balance to the plaintiff. It is so ordered.

Alvin W. Thompson, U.S.D.J.  Hartford, CT  11/12/2004